FILED
2024 Apr-11  PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **COREY R. MASUGA,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | **CV NO.: 24-cv-429-SGC** |
| | * | |
| **BESTAR, INC., et al.** | * | |
| | * | |
| **Defendants.** | * | |

### **DEFENDANT BESTAR, INC.'S RULE 7.1(a) DISCLOSURE STATEMENT**

Defendant Bestar, Inc., through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby certifies the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal.

1. Bestar, Inc. is a wholly owned subsidiary of Bestar Holdings, Inc. Neither Bestar, Inc. nor Bestar Holdings, Inc. are publicly traded companies. No public company directly owns 10% or more of the ownership in Bestar, Inc. or Bestar Holdings, Inc.

Respectfully submitted,

s/Matthew W. Robinett
**MATTHEW W. ROBINETT**
ASB-3523-I72M
and

<u>s/Thomas A. Kendrick</u>
**THOMAS A. KENDRICK**
ASB-5668-e25t

*Attorneys for Defendant Bestar, Inc.*
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
Telephone: (205) 328-6643
Facsimile:  (205) 251-5479
mrobinett@nwkt.com
tkendrick@nwkt.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **COREY R. MASUGA,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CV NO.: 24-cv-429-SGC |
| | * | |
| **BESTAR, INC., et al.** | * | |
| | * | |
| Defendants. | * | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk using the CM/ECF system and that I have served a copy of the foregoing electronically or by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed on this the 11th day of April 2024, as follows as directed by the court:

Brian A. Taywick, Esq.
Shunnarah Injury Lawyers, P.C.
2900 1st Avenue South
Birmingham, AL  35233
btraywick@asilpc.com
*Attorney for Plaintiff*

Michael C. Niemeyer, Esq.
Jerome C. Chapman, IV, Esq.
Hand Arendall Harrison Sale, LLC
Post Office Box 123
Mobile, AL  3601
mniemeyer@handarandall.com

Graham R. Pulvere, Esq.
Carleton "Put" Ketcham, III, Esq.
Wilson Elser Maskowitz Edelman & Dicker, LLP
1500 Urban Center Drive, Suite 450
Birmingham, AL  35242
Graham.pulvere@wilsonelser.com
Carleton.ketcham@wilsonelser.com
*Attorneys for Cyme Tech, Inc.*

*s/Matthew W. Robinett*
OF COUNSEL